# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br>                    Plaintiff, <br>     v. <br><br> RAINBOW USA INC., et al, <br><br>                    Defendants. | Case No. 2:13-cv-3822-ODW(SHx) <br><br> **ORDER TO SHOW CAUSE RE LACK OF SERVICE** |

Under Rule 4(m), defendants must be served within 120 days after the complaint is filed, or else the Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m). This action commenced on May 29, 2013. The 120-day deadline passed on September 27, 2013. No proof of service has been filed with the Court with respect to Defendant Franshaw, Inc., and Franshaw has not appeared in this case.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why Franshaw has not been timely served. Plaintiff has 7 days to comply with this order; or if Franshaw has been served within the 120-day window, Plaintiff has 7 days to file the proof of service. No hearing will be held on this matter. Failure to timely respond will result in the dismissal of Franshaw from this action.

**IT IS SO ORDERED.**

October 3, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**