# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC.,<br><br>　　　　　　　Plaintiff,<br>　　v.<br>RAINBOW USA INC., et al,<br><br>　　　　　　　Defendants. | Case No. 2:13-cv-3822-ODW(SHx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The Court is in receipt of the Notice of Settlement filed by the parties in this action. (ECF No. 32.) The parties have represented that they anticipate filing a notice of dismissal shortly. Accordingly, the Court hereby **ORDERS** the parties to show cause, by **November 12, 2013**, why settlement has not been finalized. No hearing will be held. All remaining case dates are **VACATED** and taken off calendar. This order to show cause will be vacated upon the filing of a stipulation to dismiss and a proposed order of dismissal.

**IT IS SO ORDERED.**

October 21, 2013

　　　　　　　　　　_____
　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　UNITED STATES DISTRICT JUDGE